UNITED STATES BANKRUPTCY COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

In re:

    TIMOTHY J. OAKLEY                       Chapter 7
                                                          Case no. 13-13094K
                             Debtor(s).

## NOTICE OF MOTION

**MOVANT:**                 Mark J. Schlant, As Chapter 7 Trustee

**DATE, TIME &**
**LOCATION OF**
**HEARING:**                 February 19, 2014; 10:00 a.m.
                             U.S. Bankruptcy Court
                             Olympic Towers
                             300 Pearl Street, Suite 350
                             Part I Courtroom, 3rd Floor
                             Buffalo, New York 14202

**RELIEF REQUESTED:**     An Order directing that the debtor(s) turn over certain assets and/or information described above to the trustee, and extending the time in which the trustee may bring an objection to the debtor(s)'s discharge pursuant to 11 U.S.C. §727, or the U.S. Trustee or the Court may bring a motion to dismiss this case pursuant to 11 U.S.C. §707(b), together with such other and further relief as the Court deems just and proper.

**SUPPORTING PAPERS:**    Motion dated February 5, 2014.

Dated:        February 5, 2014
                Buffalo, New York

                                                  ZDARSKY, SAWICKI & AGOSTINELLI LLP
                                                  Attorneys for the Chapter 7 Trustee
                                                  <u>s/ Mark J. Schlant                  </u>
                                                  By: Mark J. Schlant
                                                  404 Cathedral Place
                                                  298 Main Street
                                                  Buffalo, New York 14202
                                                  Tel: (716) 855-3200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

  TIMOTHY J. OAKLEY       Chapter 7
                    Case no. 13-13094K
            Debtor(s).

## MOTION

  MARK J. SCHLANT, as Chapter 7 Trustee, by his attorneys Zdarsky, Sawicki & Agosintelli LLP, hereby respectfully represents:

  1.  He is the duly appointed, qualified and acting Chapter 7 Trustee herein.

  2.  Based on the debtor's testimony, statements and schedules, it appears that he is likely to receive income tax refunds for 2013 which are in excess of his exemptions, and which warrant administration by the trustee. It is submitted that the debtor should be ordered to turn over statements reflecting the balances in his bank accounts on the petition date and his 2013 tax returns when they are prepared, and the estate's share of his bank balances and his 2013 income tax refunds, and should not be discharged until he has done so.

  **WHEREFORE,** the Trustee requests an Order directing that the debtor(s) turn over certain assets and/or information described above to the trustee, and extending the time in which the trustee may bring an objection to the debtor(s)'s discharge pursuant to 11 U.S.C. §727, or the U.S. Trustee or the Court may bring a motion to dismiss this case pursuant to 11 U.S.C. §707(b) together with such other and further relief as the Court deems just and proper.

Dated: February 5, 2014
      Buffalo, New York

                Yours, etc.

                ZDARSKY, SAWICKI & AGOSTINELLI LLP
                Attorneys for the Chapter 7 Trustee

                s/ Mark J. Schlant
                By: Mark J. Schlant
                404 Cathedral Place
                298 Main Street
                Buffalo, New York 14202
                (716) 855-3200